**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEX M. BERMUDES,

         Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

         Defendant.

CASE NO.: 3:15-CV-00018-RCJ-WGC

**ORDER**

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#4[1]) entered on March 3, 2015, recommending that Plaintiff'S Application to Proceed *in forma pauperis* (ECF #1) be granted and dismiss with prejudice the Complaint (ECF #1-1).  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#5) on March 13, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#4) entered on March 3, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that  Plaintiff's Application to Proceed *in forma pauperis* (ECF #1) is GRANTED.  The Clerk of the Court shall file the Complaint (ECF #1-1).

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITH PREJUDICE.  The Clerk of the Court shall close the case.

IT IS SO ORDERED this 31st day of March, 2015.

                                    _____

                                 ROBERT C. JONES

---

[1]Refers to court's docket number.