1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

ALEX M. BERMUDES,

7

      Plaintiff,                           3:15-CV-00018-RCJ-WGC

8

  vs.                                         **ORDER**

9

SOCIAL SECURITY ADMINISTRATION,

10

      Defendant.

11

12

        Plaintiff Alex Bermudes sued the Social Security Administration ("SSA") *in pro se* for

13

underpayment of social security benefits, as well as fraud and violation of the Americans with

14

Disabilities Act. (ECF No. 7).  As part of his review of Plaintiff's application to proceed *in forma*

15

*pauperis*, the Magistrate Judge screened the Complaint and submitted a Report and

16

Recommendation ("R&R") to the Court that it be dismissed for failure to allege any facts that

17

would make the allegations plausible. (ECF No. 4).  On March 31, 2015, the Court accepted and

18

adopted the R&R and dismissed the case with prejudice. (ECF No. 6).  On April 14, 2015,

19

Plaintiff filed the instant Motion requesting a "Minute Order." (ECF No. 8).

20

        The Court is uncertain what Plaintiff seeks to accomplish with the pending Motion.  A

21

minute order is generally included in the docket to reflect a ruling made during a hearing or to

22

apprise parties of an order made by the Court in chambers.  However, there has been no hearing

23

in this case and the Court has made no ruling in chambers beyond the adoption of the R&R,

24

which is already noted in the docket.  The Court does not understand what other relief Plaintiff seeks by way of the Motion.

To the extent Plaintiff seeks to challenge the R&R or request that the Court reconsider its prior order on the R&R, the Court denies the Motion.  The Complaint is clearly devoid of any facts demonstrating the plausibility of its claims and given Plaintiff's track record in these types of cases, (*see* R&R 3–4), the Court finds that amendment would be futile.

## CONCLUSION

IT IS HEREBY ORDERED that Plaintiff's Motion Requesting a Minute Order (ECF No. 8) is DENIED with prejudice.

IT IS SO ORDERED.

Dated: June 1, 2015

_____
ROBERT C. JONES
United States District Judge

2